UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 2:13-cv-01879-GEB-CMK |
| Plaintiff, | |
| v. | **STATUS (PRETRIAL SCHEDULING) ORDER** |
| OLGA SANDERSON, individually and d/b/a ACA TACO, | |
| Defendant. | |

The status (pretrial scheduling) conference scheduled for hearing on December 9, 2013, is vacated since the parties' Joint Status Report filed on November 25, 2013 ("JSR") indicates the following Order should issue.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

DISCOVERY

All discovery shall be completed by June 16, 2014. "Completed" means all discovery shall be conducted so that any dispute relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with on or before the

1

1  prescribed "completion" date.

2          Each party shall comply with Federal Rule of Civil

3  Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure

4  requirements on or before March 14, 2014, and any contradictory

5  and/or rebuttal expert disclosure authorized under Rule

6  26(a)(2)(D)(ii) on or before April 14, 2014.

7                     MOTION HEARING SCHEDULE

8          The last hearing date for a motion is August 25, 2014,

9  commencing at 9:00 a.m. A motion shall be briefed as prescribed

10  in Local Rule 230.

11          The parties are cautioned that an untimely motion

12  characterized as a motion in limine may be summarily denied.

13                    FINAL PRETRIAL CONFERENCE

14          The final pretrial conference is set for October 20,

15  2014, at 11:00 a.m. The parties are cautioned that the lead

16  attorney who WILL TRY THE CASE for each party shall attend the

17  final pretrial conference. In addition, all persons representing

18  themselves and appearing in propria persona must attend the

19  pretrial conference.

20          The parties shall file a JOINT pretrial statement no

21  later than seven (7) calendar days prior to the final pretrial

22  conference. The joint pretrial statement shall address the

23  applicable portions of Local Rule 281(b), and shall set forth

24  each theory of liability ("claim") and affirmative defense which

25  remains to be tried, and the ultimate facts on which each

26  theory/defense is based. Furthermore, each party shall estimate

27  the length of trial. The Court uses the parties' joint pretrial

28

2

1   statement to prepare its final pretrial order and could issue the

2   final pretrial order without holding the scheduled final pretrial

3   conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir.

4   1999) ("There is no requirement that the court hold a pretrial

5   conference.").

6          Final pretrial procedures are "critical for 'promoting

7   efficiency and conserving judicial resources by identifying the

8   real issues prior to trial, thereby saving time and expense for

9   everyone.'" Friedman & Friedman, Ltd. v. Tim McCandless, Inc.,

10  606 F.3d 494 (8th Cir. 2010) (quoting Fed. R. Civ. P. 16 Advisory

11  Committee Note (1983 Amendment to subdivision (c)). "Toward that

12  end, Rule 16 directs courts to use pretrial conferences to weed

13  out unmeritorious claims and defenses before trial begins." Smith

14  v. Gulf Oil Co., 995 F.2d 638, 642 (6th Cir. 1993). The parties

15  are therefore provided notice that a claim or affirmative defense

16  may be dismissed sua sponte if it is not shown to be triable in

17  the joint final pretrial statement. Cf. Portland Retail Druggists

18  Ass'n v. Kaiser Found. Health Plan, 662 F.2d 641, 645 (9th Cir.

19  1981) (indicating that a party shall be provided notice and an

20  opportunity to respond with facts sufficient to justify having a

21  claim or affirmative defense proceed to trial); Portsmouth

22  Square, Inc. v. S'holders Protective Comm., 770 F.2d 866, 869

23  (9th Cir. 1985) (stating "the district court has . . . authority

24  to grant summary judgment sua sponte in the context of a final

25  pretrial conference").

26         If feasible, at the time of filing the joint pretrial

27  statement counsel shall also email it in a format compatible with

28  WordPerfect to: geborders@caed.uscourts.gov.

1

                                   TRIAL SETTING

2          Trial shall commence at 9:00 a.m. on January 21, 2015.

3     IT IS SO ORDERED.

4

5        Dated: December 2, 2013                    _____

6                                              GARLAND E. BURRELL, JR.
                                               Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            4