Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLGA SANDERSON, ET AL., <br><br> Defendants. | CASE NO. 2:13-cv-01879-GEB-CMK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT OLGA SANDERSON, individually and d/b/a ACA TACO |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant OLGA SANDERSON, individually and d/b/a ACA TACO, that the above-entitled action is hereby dismissed **without prejudice** against OLGA SANDERSON, individually and d/b/a ACA TACO, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 15, 2015, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

STIPULATION OF DISMISSAL
Case No: 2:13-cv-01879-GEB-CMK
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

**LAW OFFICES OF MATTHEW A. PARE, APC**
By: Matthew A. Pare, Esquire
Attorneys for Defendant
OLGA SANDERSON, individually and d/b/a ACA TACO

**IT IS SO ORDERED.**

**Dated:  June 30, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge